No. 03–6186. Amrhein-Macon v. Macon, Administrator of the Estate of Macon, Deceased, *ante,* p. 989;

No. 03–6188. Thomas v. City of Cleveland, Ohio, et al., *ante,* p. 989;

No. 03–6206. Griffin v. Ruby Tuesday, Inc., *ante,* p. 990;

No. 03–6264. Knecht v. Weber, Warden, et al., *ante,* p. 1007;

No. 03–6328. Bromwell v. Dormire, Superintendent, Missouri State Penitentiary, *ante,* p. 1020;

No. 03–6331. Winsett v. Principi, Secretary of Veterans Affairs, *ante,* p. 991;

No. 03–6340. Walters v. Tugle et al., *ante,* p. 1020;

No. 03–6377. Survilla v. Holiday Inn et al., *ante,* p. 1021;

No. 03–6385. Tran v. Zoning Board of Appeals of Provincetown et al., *ante,* p. 1008;

No. 03–6388. Pearlman v. Vigil-Giron, Secretary of State of New Mexico, *ante,* p. 1021;

No. 03–6408. Jackson v. United States, *ante,* p. 976;

No. 03–6436. Pineyro v. Cain, Warden, *ante,* p. 1008;

No. 03–6448. In re Cullum, *ante,* p. 944;

No. 03–6519. Williams v. Ohio, *ante,* p. 1053;

No. 03–6526. Williams v. Johnson, Director, Virginia Department of Corrections, *ante,* p. 1009;

No. 03–6563. In re Taylor, *ante,* p. 965;

No. 03–6606. Garcia v. Scibana, Warden, *ante,* p. 997;

No. 03–6713. Coiner v. United States et al., *ante,* p. 1010;

No. 03–6835. Zakaria v. United States, *ante,* p. 1024;

No. 03–6851. In re Beachum, *ante,* p. 980;

No. 03–6927. Reid v. United States, *ante,* p. 1026; and

No. 03–7155. In re Bruno, *ante,* p. 1045. Petitions for rehearing denied.

No. 02–11272. Flores v. Grayson, Warden, *ante,* p. 865;

No. 02–11358. O'Neil v. Dretke, Director, Texas Department of Criminal Justice, Correctional Institutions Division, *ante,* p. 870;

No. 02–11377. Paradise v. Martin, Warden, *ante,* p. 871; and

No. 03–5760. Winn v. Landmark Communications, Inc., *ante,* p. 954. Motions for leave to file petitions for rehearing denied.